IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NED STEVENS ADVERTISING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN LACE, THE UNITED STATES OF AMERICA (DEPARTMENT OF THE INTERNAL REVENUE), MARK ADAMS, Treasurer of THE TOWN OF BURRIVILLE, ADELITA S. OREFICE, Director of THE RHODE ISLAND DEPARTMENT OF LABOR & TRAINING, BEVERLY NAJARIAN, Director of THE RHODE ISLAND DEPARTMENT OF ADMINISTRATION - DIVISION OF TAXATION, COFFEY MUSIC CO., INC., PATRICIA MCGUIRE and PLYMOUTH MCHALE, LLC,<br><br>Defendants. | CA 07 189<br>Case No. ______________<br><br>(Formerly Case No. 07-1775<br>Providence County Superior Court)<br><br>2007 MAY 22 A 10: 04<br>RECEIVED<br>US ATTORNEY<br>DISTRICT OF RI |

**UNITED STATES OF AMERICA'S NOTICE OF REMOVAL
TO THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

TO: James Moretti, Esquire
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, Rhode Island 02886

Neill B. Lyon, Esquire
Hodosh, Lyon & Hammer, Ltd.
1023 Post Road
Warwick, Rhode Island 02888

PLEASE TAKE NOTICE that the action styled *Ned Stevens Advertising, Inc. v. John Lace, et al.*, Case No. 07-1775, now pending in the Providence County Superior Court in the state of Rhode Island, is removed to the United States District Court for the District of Rhode Island, by and on behalf of the United States of America. The action is removable pursuant to

the provisions of 28 U.S.C. § 1442(a)(1) as it is brought against an agency of the United States, and 28 U.S.C. § 1444, as it appears to be an action in interpleader brought against the United States under the provisions of 28 U.S.C. § 2410.

Photocopies of the summons and complaint, together with attachments, constituting all non-duplicative process and pleadings received by the trial attorney for the United States to the date of this notice, are attached as required by 28 U.S.C. § 1446(a).

No prior removal of the action has been attempted.

This notice of removal is filed in accordance with the procedures of 28 U.S.C. § 1446, and the removal of the action is timely under the provisions of 28 U.S.C. § 1446(b).

ROBERT CLARK CORRENTE
United States Attorney

DULCE DONOVAN
Assistant United States Attorney

WENDY J. KISCH
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6553
Fax: (202) 514-5238
Wendy.J.Kisch@usdoj.gov

## CERTIFICATE OF SERVICE

I CERTIFY that service of the foregoing NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND has this 23rd day of May, 2007, been made upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

James Moretti, Esquire
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, Rhode Island 02886

Neill B. Lyon, Esquire
Hodosh, Lyon & Hammer, Ltd.
1023 Post Road
Warwick, Rhode Island 02888

Linda A. Mazmanian