STATE OF RHODE ISLAND         SUPERIOR COURT
PROVIDENCE, SC

**NED STEVENS ADVERTISING, INC.**

V                              CA No. PC 07-1775

JOHN LACE, THE UNITED STATES
OF AMERICA (DEPARTMENT OF
THE INTERNAL REVENUE SERVICE),
MARK ADAMS, Treasurer of THE TOWN
OF BURRIVILLE, ADELITA S. OREFICE,
Director of THE RHODE ISLAND
DEPARTMENT OF LABOR & TRAINING,
BEVERLY NAJARIAN, Director of THE
RHODE ISLAND DEPARTMENT
OF ADMINISTRATION – DIVISION
OF TAXATION, COFFEY MUSIC CO.,
INC., PATRICIA MCGUIRE and
PLYMOUTH MCHALE, LLC

### FIRST AMENDED COMPLAINT TO INTERPLEAD SURPLUS FUNDS

Now comes plaintiff and pursuant to Super. R. Civ. P. 15, hereby states as its first amended complaint:

### Parties and Jurisdiction

1. Plaintiff Ned Stevens Advertising is a duly formed RI corporation with a place of business in Cranston, RI.

2. Defendant John Lace, is upon information and belief, a resident of the Town of Burrillville, RI.

3. Defendant United States of America, Department of the Internal Revenue Service is a United States government agency within the United States Department of the Treasury.

4. Defendant Mark Adams is the Treasurer of the Town of Burrillville, a duly formed municipality in the State of Rhode Island. This suit is brought in that capacity.

5. Defendant Adelita S. Orefice, is the Director of the Rhode Island Department of Labor and Training, a duly formed agency of the State of Rhode Island. This suit is brought in that capacity.

(JB). 4-17-07

6. Defendant Beverly Najarian, is the Director of the Rhode Island Department of Administration – Division of Taxation, a duly formed agency of the State of Rhode Island. This suit is brought in that capacity.

7. Defendant Coffey Music Co., Inc. is a duly formed Massachusetts corporation in Norwood, MA and a judgment creditor of plaintiff.

8. Defendant Patricia McGuire is a resident of Glocester, RI and a judgment creditor of plaintiff.

9. Defendant Plymouth McHale, LLC is a duly formed RI LLC and purchased the property which is the subject matter of this complaint at a foreclosure sale on 11/17/06.

10. This court has jurisdiction over this matter pursuant to Rule 22 and Rule 57 of the Superior Court Rules of Civil Procedure and The Rhode Island Declaratory Judgment Act, GL § 9-30-1, et seq..

### Facts/Travel

11. On or about 6/7/95, defendant John Lace purchased certain real property located at 44 River Street, Harrisville RI 02830 and also known as AP 142, Lot 22 in the Town of Burrillville's Land Evidence Records, from Valiere's Oil Service, Inc..

12. Pursuant to that sale, defendant John Luce executed a promissory note to Valieire Oil Service, Inc. that was secured by granting a mortgage to Valiere Oil Service, Inc., against the property. That mortgage was recorded on 6/7/95 in the Town of Burrillville's Land Evidence Records at Book 283 Page 859.

13. On 5/13/03, Valiere Oil Service, Inc. through its successor in interest, Valmart, Inc. duly assigned all of its right, title and interest in that promissory note and mortgage to plaintiff, Ned Stevens Advertising, Inc.. The assignment was duly recorded on 5/20/03 in the Town of Burrillville's Land Evidence Records at Book 283 Page 859.

14. Plaintiff Ned Stevens Advertising, Inc. then lawfully brought proceedings to foreclose on the mortgage because defendant John Lace had defaulted of the promissory note and mortgage as set forth in paragraph 12 of this complaint.

15. A foreclosure sale was held on 11/17/06 and the property was purchased for the amount of $101,000.00 by a company called Plymouth McHale, LLC, a duly formed Limited Liability Company in the State of RI.

16. Plaintiff accepted the highest bid of $101,000.00, from the foreclosure sale. Plaintiff was owed the amount of $88,383.68 pursuant to the foreclosure sale. It is itemized as follows:

   a. $78,451.00 for principal;
   b. $3,120.00 for interest;
   c. $2,800.00 for attorney fees (including bringing this action)
   d. $2,461.68 for advertising;
   e. $440.00 for court costs; and,
   f. $1,111.00 for the auctioneer's fee.

A surplus of amount of funds for the amount of $12,616.32 now exists.

### The Other Creditors in Line

17. The defendant United States of America, Department of the Internal Revenue Service recorded three Notices of Federal Tax Liens against the property. They are:

   a. Notice of Federal Tax Lien Serial No. 60184254 on 6/29/01 for the amount of $53,599.52 and recorded on 7/5/01 at Book AB2, Page 48.
   b. Notice of Federal Tax Lien Serial No. 60184254 on 1/11/02 for the amount of $53,599.52 and recorded on 1/16/02.
   c. Notice of Federal Tax Lien Serial No. 240361805 on 7/28/05 for the amount of $2,579.83 and recorded 8/5/05 at Book 440, Page 169.

18. The defendant Town of Burrillville has issued a Municipal Lien Certificate for RP Tax Roll Assessments for 2004-2006 for the amount of $1,724.34.

19. The defendant Rhode Island Department of Employment & Training recorded a Notice of Tax Lien against the property on 10/23/96.

20. The defendant Rhode Island Department of Administration – Division of Taxation Employer Tax Section, recorded a Notice of Tax Lien against the property on 10/3/02.

21. The defendant Coffey Music Co., Inc. recorded an execution on a judgment against the property on 1/4/01 for the amount of $857.78 pursuant to a case filed in the Rhode Island District Court titled, Coffey Music Co., Inc. v John K. Lace File No. 00-5801, in the Sixth Division District Court, Small Claims Division.

22. Defendant Patricia McGuire recorded an execution on a judgment against the property on 4/23/03 at Book AB2, Page 53 for the amount of $81,264.02 pursuant to a case filed in the Rhode Island Superior Court titled Patricia McGuire v Granite Developments, Inc., John K. Lace, Thomas Mainville and Brian Lombardi, CA No. 98-2219 in the Providence County Superior Court.

23. Defendant Plymouth McHale LLC is a duly formed Rhode Island Limited Liability Company and purchased the property at issue at the foreclosure sale.

24. Plaintiff has given all due notice of the foreclosure proceedings to all parties so-entitled and the property subject was sold at a foreclosure sale on for $101,000.00. Plaintiff is owed $88,383.68 and has a priority position to realize these proceeds from the sale and has an excess funds of $12,616.32.

25. The Department of the Internal Revenue Service had issued a Notice of Levy concerning the funds.

## COUNT I

## INTERPLEAD SURPLUS FUNDS REALIZED FROM FORECLOSURE SALE

26. Plaintiff repeats paragraphs 1-25 of this complaint.

27. Plaintiff seeks that the court order and allow plaintiff to interplead the balance of the surplus funds of $12,616.32 realized from the foreclosure sale and order the defendants to respond to this action to claim any right, title and/or interest in the proceeds and discharge the plaintiff from any further liability in disbursing the said amount to anyone of interest.

WHEREFORE plaintiff seeks an order from the court allowing it to interplead all excess funds received from the foreclosure sale after plaintiff is satisfied and discharge plaintiff from any liability for the future disbursements.

*/s/ James Moretti*
James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
738-4500

```
                                              COURT RECORDING DATA
-------------------------------------------+----------------------------------------
      INTERNAL REVENUE SERVICE             | Lien Recorded   : 01/16/2002 - 11:00AM
   FACSIMILE FEDERAL TAX LIEN DOCUMENT     | Recording Number:
                                           | UCC Number      :
                                           | Liber           : AB2
                                           | Page            : 49
-------------------------------------------+----------------------------------------
Area: SMALL BUSINESS/SELF EMPLOYED #1      | IRS Serial Number:  60184254
Lien Unit Phone: (800) 913-6050            |
------------------------------------------------------------------------------------
              This Lien Has Been Filed in Accordance with
                 Internal Revenue Regulation 301.6323(f)-1.

------------------------------------------------------------------------------------
Name of Taxpayer :
   JOHN LACE


------------------------------------------------------------------------------------
Residence :
   1646 E WALLUM LAKE RD
   PASCOAG, RI 02859-1824
------------------------------------------------------------------------------------
   With respect to each assessment below, unless notice of lien
   is refiled by the date in column(e), this notice shall constitute
   the certificate of release of lien as defined in IRC 6325(a).
-------+------------+--------------+----------------+------------------+-------------
 Form  |  Period    |  ID Number   |   Assessed     |  Refile Deadline | Unpaid Balance
  (a)  |   (b)      |    (c)       |     (d)        |       (e)        |     (f)
-------+------------+--------------+----------------+------------------+-------------
 1040    12/31/1990                   03/19/2001       04/18/2011            3917.04
 1040    12/31/1991                   03/26/2001       04/25/2011            3787.63
 1040    12/31/1992                   04/02/2001       05/02/2011            2229.06
 1040    12/31/1993                   04/09/2001       05/09/2011            4726.77
 1040    12/31/1994                   04/16/2001       05/16/2011            6348.40
 1040    12/31/1995                   04/23/2001       05/23/2011            3721.09
 1040    12/31/1996                   04/30/2001       05/30/2011           13335.13
 1040    12/31/1997                   05/07/2001       06/06/2011           10530.65
 1040    12/31/1998                   03/12/2001       04/11/2011            5003.75




------------------------------------------------------------------------------------
Filed at:   TOWN CLERK                                       |
            BURRILLVILLE TOWN HALL                    Total  | $     53599.52
            HARRISVILLE, RI 02830                            |
------------------------------------------------------------------------------------
This notice was prepared and executed at MANHATTAN, NY
on this, the 11th day of January, 2002.
------------------------------------------------------------------------------------
Authorizing Official:                      | Title:
     ELAINE SILVA                          | REVENUE OFFICER              06-01-3510
                                           |
------------------------------------------------------------------------------------
```

```
                                         COURT RECORDING DATA
-----------------------------------------+--------------------------------------
        INTERNAL REVENUE SERVICE         | Lien Recorded     : 08/09/2005 - 11:02AM
     FACSIMILE FEDERAL TAX LIEN DOCUMENT | Recording Number:
                                         | UCC Number        :
                                         | Liber             : 440
                                         | Page              : 169
-----------------------------------------+--------------------------------------
Area: SMALL BUSINESS/SELF EMPLOYED #1    | IRS Serial Number: 240361805
Lien Unit Phone: (800) 829-3903          |
--------------------------------------------------------------------------------
               This Lien Has Been Filed in Accordance with
                 Internal Revenue Regulation 301.6323(f)-1.

--------------------------------------------------------------------------------
Name of Taxpayer :
  JOHN LACE


--------------------------------------------------------------------------------
Residence :
  44 RIVER ST
  HARRISVILLE, RI 02830-1336
--------------------------------------------------------------------------------
  With respect to each assessment below, unless notice of lien
  is refiled by the date in column(e), this notice shall constitute
  the certificate of release of lien as defined in IRC 6325(a).
-------+-----------+---------------+--------------+------------------+----------------
 Form  |  Period   |   ID Number   |   Assessed   |  Refile Deadline | Unpaid Balance
  (a)  |    (b)    |      (c)      |     (d)      |        (e)       |      (f)
-------+-----------+---------------+--------------+------------------+----------------
 1040   12/31/1999    [REDACTED]     09/03/2001       10/03/2011         2579.83
```

```
--------------------------------------------------------------------------------
Filed at:  TOWN CLERK                                          |
           BURRILLVILLE TOWN HALL                       Total  | $      2579.83
           HARRISVILLE, RI 02830                               |
--------------------------------------------------------------------------------
This notice was prepared and executed at MANHATTAN, NY
on this, the 28th day of July, 2005.
--------------------------------------------------------------------------------
Authorizing Official:                    | Title:
    SHEILA OBRIEN                        | ACS                        21-00-0008
    (800) 829-3903                       |
--------------------------------------------------------------------------------
```

```
                                        COURT RECORDING DATA
-----------------------------------------+--------------------------------------
     INTERNAL REVENUE SERVICE            | Lien Recorded    : 02/13/2007 - 11:06AM
  FACSIMILE FEDERAL TAX LIEN DOCUMENT    | Recording Number: 00015724
                                         | UCC Number       :
                                         | Liber            : 564
                                         | Page             : 263
-----------------------------------------+--------------------------------------
 Area: SMALL BUSINESS/SELF EMPLOYED #1   | IRS Serial Number: 341297807
 Lien Unit Phone: (800) 913-6050         |
------------------------------------------------------------------------------
                 This Lien Has Been Filed in Accordance with
                   Internal Revenue Regulation 301.6323(f)-1.

------------------------------------------------------------------------------
Name of Taxpayer :
   JOHN K LACE


------------------------------------------------------------------------------
Residence :
   1436 E WALLUM LAKE RD
   PASCOAG, RI 02859-1804
------------------------------------------------------------------------------
  With respect to each assessment below, unless notice of lien
  is refiled by the date in column(e), this notice shall constitute
  the certificate of release of lien as defined in IRC 6325(a).
--------+-----------+---------------+-------------+------------------+---------------
 Form   | Period    | ID Number     | Assessed    | Refile Deadline  | Unpaid Balance
  (a)   |   (b)     |    (c)        |    (d)      |       (e)        |      (f)
--------+-----------+---------------+-------------+------------------+---------------
  1040  | 12/31/2001| XXX-XX-5646   | 10/09/2006  |   11/08/2016     |        771.04
  1040  | 12/31/2002| XXX-XX-5646   | 10/02/2006  |   11/01/2016     |       2519.23
  1040  | 12/31/2003| XXX-XX-5646   | 09/11/2006  |   10/11/2016     |       1744.95




------------------------------------------------------------------------------
 Filed at:  TOWN CLERK                                |
            BURRILLVILLE TOWN HALL          Total  |  $          5035.22
            HARRISVILLE, RI 02830                     |
------------------------------------------------------------------------------
 This notice was prepared and executed at MANHATTAN, NY
 on this, the 24th day of January, 2007.
------------------------------------------------------------------------------
 Authorizing Official:                    | Title:
     ALEXANDER PASSARELLI                 |   REVENUE OFFICER       21-02-3436
     (401) 826-4702                       |
------------------------------------------------------------------------------
```

```
Station Name: PRO002MA2818513 Date: 5/11/2007 Time: 10:22:45 AM

INTST                                              NM-CTRL>LACE
30 199012 05312007 LACE
         318.50    ASSESSED FTP
       2,037.89    ASSESSED INT
         190.79-   TAX & PENALTY
       2,165.60    ASSESSED TOTAL
            .00    ACCRUED FTP
       1,150.76    ACCRUED INT
       1,150.76    TOTAL ACCRUALS
         318.50    TOTAL FTP
       3,188.65    TOTAL INT
       3,316.36    BALANCE DUE



Station Name: PRO002MA2818513 Date: 5/11/2007 Time: 10:22:51 AM

INTST                                              NM-CTRL>LACE
30 199112 05312007 LACE
         336.00    ASSESSED FTP
       1,805.23    ASSESSED INT
       1,646.40    TAX & PENALTY
       3,787.63    ASSESSED TOTAL
            .00    ACCRUED FTP
       1,735.03    ACCRUED INT
       1,735.03    TOTAL ACCRUALS
         336.00    TOTAL FTP
       3,540.26    TOTAL INT
       5,522.66    BALANCE DUE



Station Name: PRO002MA2818513 Date: 5/11/2007 Time: 10:22:57 AM

INTST                                              NM-CTRL>LACE
30 199212 05312007 LACE
         211.25    ASSESSED FTP
         982.69    ASSESSED INT
       1,035.12    TAX & PENALTY
       2,229.06    ASSESSED TOTAL
            .00    ACCRUED FTP
       1,015.62    ACCRUED INT
       1,015.62    TOTAL ACCRUALS
         211.25    TOTAL FTP
       1,998.31    TOTAL INT
       3,244.68    BALANCE DUE
```

Station Name: PRO002MA2818513 Date: 5/11/2007 Time: 10:23:07 AM

```
INTST   [REDACTED]                                    NM-CTRL>LACE
30 199312 05312007 LACE
          476.50  ASSESSED FTP
        1,915.42  ASSESSED INT
        2,334.85  TAX & PENALTY
        4,726.77  ASSESSED TOTAL
             .00  ACCRUED FTP
        2,143.10  ACCRUED INT
        2,143.10  TOTAL ACCRUALS
          476.50  TOTAL FTP
        4,058.52  TOTAL INT
        6,869.87  BALANCE DUE
```

Station Name: PRO002MA2818513 Date: 5/11/2007 Time: 10:23:14 AM

```
INTST   [REDACTED]                                    NM-CTRL>LACE
30 199412 05312007 LACE
          677.00  ASSESSED FTP
        2,244.99  ASSESSED INT
        3,426.41  TAX & PENALTY
        6,348.40  ASSESSED TOTAL
             .00  ACCRUED FTP
        2,864.17  ACCRUED INT
        2,864.17  TOTAL ACCRUALS
          677.00  TOTAL FTP
        5,109.16  TOTAL INT
        9,212.57  BALANCE DUE
```

Station Name: PRO002MA2818513 Date: 5/11/2007 Time: 10:23:20 AM

```
INTST   [REDACTED]                                    NM-CTRL>LACE
30 199512 05312007 LACE
          426.50  ASSESSED FTP
        1,111.74  ASSESSED INT
        2,182.85  TAX & PENALTY
        3,721.09  ASSESSED TOTAL
             .00  ACCRUED FTP
        1,670.54  ACCRUED INT
        1,670.54  TOTAL ACCRUALS
          426.50  TOTAL FTP
        2,782.28  TOTAL INT
        5,391.63  BALANCE DUE
```

```
Station Name: PRO002MA2818513 Date: 5/11/2007 Time: 10:23:27 AM

INTST    ▓▓▓▓▓▓▓▓                                    NM-CTRL>LACE
30 199612 05312007 LACE
         1,349.00  ASSESSED FTP
         3,035.26  ASSESSED INT
         6,711.00  TAX & PENALTY
        11,095.26  ASSESSED TOTAL
              .00  ACCRUED FTP
         4,442.46  ACCRUED INT
         4,442.46  TOTAL ACCRUALS
         1,349.00  TOTAL FTP
         7,477.72  TOTAL INT
        15,537.72  BALANCE DUE


Station Name: PRO002MA2818513 Date: 5/11/2007 Time: 10:23:36 AM

INTST    ▓▓▓▓▓▓▓▓                                    NM-CTRL>LACE
30 199712 05312007 LACE
           933.68  ASSESSED FTP
         1,742.12  ASSESSED INT
         5,513.90  TAX & PENALTY
         8,189.70  ASSESSED TOTAL
           127.32  ACCRUED FTP
         3,279.06  ACCRUED INT
         3,406.38  TOTAL ACCRUALS
         1,061.00  TOTAL FTP
         5,021.18  TOTAL INT
        11,596.08  BALANCE DUE


Station Name: PRO002MA2818513 Date: 5/11/2007 Time: 10:23:47 AM

INTST    ▓▓▓▓▓▓▓▓                                    NM-CTRL>LACE
30 199812 05312007 LACE
           328.25  ASSESSED FTP
           692.27  ASSESSED INT
           996.52- TAX & PENALTY
            24.00  ASSESSED TOTAL
              .00  ACCRUED FTP
             8.83  ACCRUED INT
             8.83  TOTAL ACCRUALS
           328.25  TOTAL FTP
           701.10  TOTAL INT
            32.83  BALANCE DUE
```

```
Station Name: PRO002MA2818513 Date: 5/11/2007 Time: 10:23:53 AM

INTST   �ču                                              NM-CTRL>LACE
30 199912 05312007 LACE
        145.01   ASSESSED FTP
        262.97   ASSESSED INT
      2,190.35   TAX & PENALTY
      2,598.33   ASSESSED TOTAL
        281.49   ACCRUED FTP
      1,059.86   ACCRUED INT
      1,341.35   TOTAL ACCRUALS
        426.50   TOTAL FTP
      1,322.83   TOTAL INT
      3,939.68   BALANCE DUE


Station Name: PRO002MA2818513 Date: 5/11/2007 Time: 10:24:01 AM

INTST                                                   NM-CTRL>LACE
30 200112 05312007 LACE
        104.50   ASSESSED FTP
        148.54   ASSESSED INT
        518.00   TAX & PENALTY
        771.04   ASSESSED TOTAL
           .00   ACCRUED FTP
         40.57   ACCRUED INT
         40.57   TOTAL ACCRUALS
        104.50   TOTAL FTP
        189.11   TOTAL INT
        811.61   BALANCE DUE


Station Name: PRO002MA2818513 Date: 5/11/2007 Time: 10:24:07 AM

INTST                                                   NM-CTRL>LACE
30 200212 05312007 LACE
        311.85   ASSESSED FTP
        388.26   ASSESSED INT
      1,819.12   TAX & PENALTY
      2,519.23   ASSESSED TOTAL
         59.40   ACCRUED FTP
        136.63   ACCRUED INT
        196.03   TOTAL ACCRUALS
        371.25   TOTAL FTP
        524.89   TOTAL INT
      2,715.26   BALANCE DUE
```

Station Name: PRO002MA2818513 Date: 5/11/2007 Time: 10:24:13 AM

```
INTST                                                           NM-CTRL>LACE
30 200312 05312007 LACE
         162.25   ASSESSED FTP
         211.93   ASSESSED INT
       1,389.27   TAX & PENALTY
       1,763.45   ASSESSED TOTAL
          89.52   ACCRUED FTP
         103.50   ACCRUED INT
         193.02   TOTAL ACCRUALS
         251.77   TOTAL FTP
         315.43   TOTAL INT
       1,956.47   BALANCE DUE
```



# State of Rhode Island and Providence Plantations
## SUPERIOR COURT

[X] PROVIDENCE/BRISTOL    [ ] KENT    [ ] WASHINGTON    [ ] NEWPORT

CIVIL ACTION. FILE No PC 07-1775
First Amended Complaint

Ned Stevens, Advertising, Inc.
..............................................................
The United States of America (Department of the Internal Revenue Service), et al  **Plaintiff**
..............................................................
**Defendant**

} **Summons**



Internal Revenue Service
Acting Director
PO Box 9112
Stop 20800
JFK Federal Bldg
Boston, MA 02203

*To the above-named Defendant:*

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon ..James Moretti, Esq....................................
                                             300 Centerville Road, #300W, Warwick, RI 02886
Plaintiff's attorney, whose address is ............................................................................................................

..................................................................................................................................................................
an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

............................................................. CLERK

April 23, 2007
Dated: ..............................................................

(Seal of the Superior Court)

S-135 (REV 10/00)



# State of Rhode Island and Providence Plantations
## SUPERIOR COURT

[X] PROVIDENCE/BRISTOL   [ ] KENT   [ ] WASHINGTON   [ ] NEWPORT

CIVIL ACTION. FILE No PC 07-1775
First Amended Complaint

Ned Stevens, Advertising, Inc.
...................................................
The United States of      **Plaintiff**
America (Department of the
Internal Revenue Service), et al
...................................................
                          **Defendant**

## *Summons*

Internal Revenue Service
Acting Director
PO Box 9112
Stop 20800
JFK Federal Bldg
Boston, MA 02203

*To the above-named Defendant:*

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon James Moretti, Esq. 300 Centerville Road, #300W, Warwick, RI 02886 Plaintiff's attorney, whose address is .......................................................................

an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

.................................................../CLERK

Dated: April 23, 2007 .................................................................

(Seal of the Superior Court)

S-135 (REV. 10/00)