**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

NED STEVENS ADVERTISING, INC.,

Plaintiff,

v.

JOHN LACE, THE UNITED STATES OF AMERICA (DEPARTMENT OF THE INTERNAL REVENUE), MARK ADAMS, Treasurer of THE TOWN OF BURRIVILLE, ADELITA S. OREFICE, Director of THE RHODE ISLAND DEPARTMENT OF LABOR & TRAINING, BEVERLY NAJARIAN, Director of THE RHODE ISLAND DEPARTMENT OF ADMINISTRATION - DIVISION OF TAXATION, COFFEY MUSIC CO., INC., PATRICIA MCGUIRE and PLYMOUTH MCHALE, LLC,

Defendants.

Case No. 07-CV-189

DEFENDANT'S REQUEST FOR ENLARGEMENT OF TIME TO SERVE RESPONSE TO COMPLAINT

The defendant, the United States of America, by its attorney, Robert Clark Corrente, United States Attorney for the District of Rhode Island, represents that the above-titled action was removed to this Court from the Providence County Superior Court by a Notice of Removal filed on May 23, 2007. Rule 81(c) of the Federal Rules of Civil Procedure governs the procedure in civil actions removed from the state courts to the United States District Courts. Rule 81(c) first provides that the Federal Rules of Civil Procedure apply to removed cases. The Rule goes on to prescribe certain periods for the service of an answer or other defenses, and the governing time period may be as short as five days after removal.

Rule 6(b)(1) of the Federal Rules of Civil Procedure permits the district courts to enter

orders enlarging the time in which certain acts are required to be done or may be done. Accordingly, pursuant to the provisions of Rule 6(b)(1) of the Federal Rules of Civil Procedure the United States requests the entry of an order enlarging, to and including June 22, 2007, the time in which the United States shall be permitted to serve an answer, a motion, or such other response as may be permitted by the Federal Rules of Civil Procedure, with respect to the complaint in the above-titled action.

In support of this request,[1/] the United States, by its undersigned attorney, represents that enlargement is needed to investigate the allegations in the complaint in order to prepare a meaningful response to the allegations of the several paragraphs of the complaint.[2/]

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

DULCE DONOVAN
Assistant United States Attorney

/s/ Wendy J. Kisch

WENDY J. KISCH
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6553
Fax: (202) 514-5238
Wendy.J.Kisch@usdoj.gov

[1/] The defendant seeks this enlargement of time pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure *"before the expiration of the period originally prescribed."* That Rule provides that an enlargement may be sought under such circumstances *"with or without motion,." i.e.,* by a timely "request." In contrast, an enlargement sought "*after the expiration of the specified period,"* may, under Rule 6(b)(2) of the Federal Rules of Civil Procedure, be sought only *"upon motion."* Thus, this timely request is properly distinguished from a motion, and, the United States submits, is exempt from the separate memorandum requirement of L.R. 7(a).

[2/] The United States and federal officers or employees are ordinarily afforded sixty days after service of a summons and complaint upon them to serve an answer or otherwise to defend in a civil action (*see, e.g.*, Rule 12(a) of the Federal Rules of Civil Procedure and 28 U.S.C. § 2410(b)). The enlargement requested here is consistent with the period provided by Section 2410(b).

**CERTIFICATE OF SERVICE**

I CERTIFY that, on May 25, 2007, the foregoing REQUEST FOR ENLARGEMENT, and Proposed Order were filed using the Clerk's ECF filing system, which will notify the following participants:

In addition, I certify that on May 25, 2007 the foregoing REQUEST FOR ENLARGEMENT and Proposed Order were sent, via pre-paid U.S. mail to the following non-participating parties:

James Moretti, Esquire
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, Rhode Island 02886

Neill B. Lyon, Esquire
Hodosh, Lyon & Hammer, Ltd.
1023 Post Road
Warwick, Rhode Island 02888

/s/ Wendy J. Kisch

WENDY J. KISCH
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6553
Fax: (202) 514-5238
Wendy.J.Kisch@usdoj.gov