**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| NED STEVENS ADVERTISING, INC. Plaintiff, v. JOHN LACE, THE UNITED STATES OF AMERICA (DEPARTMENT OF THE INTERNAL REVENUE), MARK ADAMS, Treasurer of THE TOWN OF BURRILVILLE, ADELITA S. OREFICE, Director of THE RHODE ISLAND DEPARTMENT OF LABOR & TRAINING, BEVERLY NAJARIAN, THE RHODE ISLAND DEPARTMENT OF ADMINISTRATION-DIVISION OF TAXATION: COFFEY MUSIC CO., INC.; PATRICIA McGUIRE and PLYMOUTH McHALE, LLC | Case No. CV. 07-00189 ML |

**ANSWER OF COFFEY MUSIC CO., INC.**

1. Defendant Coffey Music Co., Inc. admits the allegations contained in paragraph 21 of the Interpleader Complaint filed by Plaintiff.

2. Defendant admits that at the time that the execution was levied in 2001 that Coffey Music Co., Inc. was a duly formed Massachusetts Corporation as alleged in paragraph 7 of said complaint. Defendant has since been purchased and its name been changed to "COFFEY MUSIC & ARTS, a division of MUSIC & ARTS CENTER". (For matters of simplification, this Defendant will hereinafter be referred to as Coffey Music).

3. Defendant Coffey Music is unable to admit or deny any of the allegations contain in paragraph 1 through 6, 8 through 20 and 22 through 27.

4. Judgment was entered for Defendant Coffey Music against Defendant John K. Lace on September 6, 2000 in the amount of $857.78 in that case entitled "Coffey Music Co., Inc. v. John K. Lace" and bearing the Small Claims File Number of 00-5801 in the Sixth Division of the Rhode Island District Court.

5. Subsequent to the judgment being entered Defendant Coffey Music incurred costs of $60.00 in perfecting its levy on real estate of Defendant John K. Lace.

6. The legal interest on judgments in the state of Rhode Island is 12% simple interest annually;

7. Defendant John K. Lace has not made any payments to Defendant Coffey Music Co. Inc. since judgment was entered and owes the full amount of said judgment to Defendant Coffey Music plus interests and costs.

8. At the time of the foreclosure on November 17, 2006 Coffey Music was owed by Defendant John K. Lace the sum of $1,555.97 representing $857.78 the face amount of the judgment awarded, interest of $638.19 for the period from September 6, 2000 to November 17, 2006 and $60.00 in post-judgment costs.

9. As alleged in the complaint, Defendant Coffey Music is senior to all other defendants with the exception of whatever interests may be asserted by Defendant Rhode Island Department of Employment & Training.

10. Any other Defendant alleging a higher seniority has the burden to prove by statute or common law why preference should be given to that Defendant over Defendant Coffey Music.

11. The surplus funds pleaded in the interpleader should be used to pay Defendants in full in the order of their seniority until such such funds have been exhausted.

Wherefore, Defendant Coffey Music Co., Inc. prays that this court determine the order of preference and amounts to be paid to each defendant;

COFFEY MUSIC Co., Inc.
now known as COFFEY MUSIC
& Arts, A division of
Music & Arts Center
By its Attorneys:

STEVEN H. MUSEN, Esq.
NEILL B. LYON, Esq.
HODOSH LYON & HAMMER LTD.
PO Box 8645
Warwick, RI 02888
Tel:(401) 781-0715
Fax:(401) 781-9333
E-Mail:
Musensth@cox.net
(as to Att. Musen)
NLYON@HLHLEGAL.COM
(as to Att. Lyon)

## CERTIFICATE OF SERVICE

I certify that a copy of the above answer was mailed by regular mail, postage prepaid to:

James Moretti, Esq.
Resnick & Caffrey
300 Centerville Road, # 300W
Warwick, Rhode Island 02886

Wendy J. Kisch, Esq.
Trial Attorney, TAX Division,
US Dept. of Justice
PO Box 55, Ben Franklin Station
Washington, DC 20044

as well as a copy sent by fascimile machine to Attorney Kisch at Telephone # (202) 514-5238 on this 25th day of May, 2007

[signature]