**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NED STEVENS ADVERTISING, INC.,<br><br>Plaintiff,<br>v.<br><br>JOHN LACE, THE UNITED STATES OF AMERICA (DEPARTMENT OF THE INTERNAL REVENUE), MARK ADAMS, Treasurer of THE TOWN OF BURRIVILLE, ADELITA S. OREFICE, Director of THE RHODE ISLAND DEPARTMENT OF LABOR & TRAINING, BEVERLY NAJARIAN, Director of THE RHODE ISLAND DEPARTMENT OF ADMINISTRATION - DIVISION OF TAXATION, COFFEY MUSIC CO., INC., PATRICIA MCGUIRE and PLYMOUTH MCHALE, LLC,<br><br>Defendants. | ) | Case No. 07-CV-189 |

ORDER ENLARGING TIME OF UNITED STATES TO SERVE RESPONSE TO COMPLAINT

The above-titled matter is before the Court upon the request of the defendant, the United States of America, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for the entry of an order enlarging, to and including June 22, 2007, the time in which the United States shall be permitted to serve an answer, a motion, or such other response as may be permitted by the Federal Rules of Civil Procedure, with respect to the complaint in the above-titled action. And the Court, being fully advised in the premises, and having determined that the requisite cause for enlargement of time has been shown,

IT IS ORDERED that the defendant, United States of America, shall have to and including Friday, June 22, 2007, to serve its answer, motion, or other such response as may be permitted by

the Federal Rules of Civil Procedure, with respect to the complaint in the above-titled action.

DONE and ORDERED at Providence, Rhode Island this 29th day of May, 2007.

Mary M. Lisi

UNITED STATES DISTRICT JUDGE