**IN THE UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF RHODE ISLAND**

**NED STEVENS ADVERTISING, INC.**

**V** **CA No. 07-CV-189**

**JOHN LACE, et al**

**PLAINTIFF'S MOTION TO STRIKE**

Now comes plaintiff and hereby moves to strike the answer and interrogatories filed and served by Russell Raskin, Esq. on behalf of John Lace upon the following grounds:

1. The above captioned matter action to interplead surplus funds resulting from a foreclosure sale.

2. Defendant John Lace was represented by the firm of Raskin & Berman prior to the initiation of this litigation.

3. After Mr. Lace was served with a copy of the complaint, he contacted the undersigned counsel for plaintiff on May 11, 2007 and left a voice message to advise that Raskin & Berman were no longer be representing him concerning this matter.

4. Mr. Lace then proceeded pro se and filed an answer to the complaint.

5. After Mr. Lace filed his answer, pro se, Mr. Raskin filed an answer and served interrogatories on behalf of Mr. Lace.

6. The answer and interrogatories, filed and served by Mr. Raskin on behalf of Mr. Lace, are duplicitous and without authority from Mr. Lace.

7. The answer and interrogatories, filed and served by Mr. Raskin on behalf of Mr. Lace, should be stricken unless the representation is confirmed by Mr. Raskin and Mr. Lace.

WHEREFORE plaintiff prays for an order to strike the answer and interrogatories filed and served by Mr. Raskin on behalf of Mr. Lace.

/s/ James Moretti

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
738-4500

**CERTIFICATION**

I hereby certify that on 6/7/07, I served the following electronically:

AUSA Dulce Donavan, Esq.
Office of the US Attorney
50 Kennedy Plaza - 8th Floor
Providence, RI 02903

Wendy Kisch, Esq.
USDOJ
PO Box 55 – Ben Franklin Station
Washington, DC 20044

Gerald McAvoy, Esq.
RI Division of Legal Services
One Capital Hill
Providence, RI 02908

Russell Raskin, Esq.
Raskin & Berman
116 East Manning Street
Providence, RI 02906

/s/ James Moretti

I further certify that on 6/7/07, I mailed a copy of the within to:

Adelita Orefice, Director
RIDL&T
Center General Complex
1511 Pontiac Avenue
Cranston, RI 02920

Steven Musen, Esq. / Neil Lyon, Esq.
PO Box 8645
Warwick, RI 02888

Mark Adams, Treasurer
Town of Burriville
105 Main Street
Harrisville, RI 02830

John Lace, pro se
1436 Wallum Lake Road
Pascoag, RI 02859

Patricia McGuire
Pole 15
153 Lake Washington Drive
Glocester, RI 02814

Plymouth McHale, LLC
c/o Richard Nicholson, Esq.
931 Jefferson Blvd. #2008
Warwick, RI 02886

_____________/s/ James Moretti