**IN THE UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF RHODE ISLAND**

**NED STEVENS ADVERTISING, INC.**

**V** **CA No. 07-CV-189**

**JOHN LACE, et al**

## CERTIFICATION OF SERVICE

I hereby certify that on 6/7/07, the following were served with a copy of plaintiff's motion to strike electronically:

AUSA Dulce Donavan, Esq.
Office of the US Attorney
50 Kennedy Plaza - 8th Floor
Providence, RI 02903

Wendy Kisch, Esq.
USDOJ
PO Box 55 – Ben Franklin Station
Washington, DC 20044

/s/ James Moretti

I hereby certify that on 6/7/07, the following were served with a copy of plaintiff's motion to strike **by first class mail:**

Gerald McAvoy, Esq.
RI Division of Legal Services
One Capital Hill
Providence, RI 02908

Russell Raskin, Esq.
Raskin & Berman
116 East Manning Street
Providence, RI 02906

Adelita Orefice, Director
RIDL&T
Center General Complex
1511 Pontiac Avenue
Cranston, RI 02920

Steven Musen, Esq.
Neil Lyon, Esq.
PO Box 8645
Warwick, RI 02888

Mark Adams, Treasurer
Town of Burriville
105 Main Street
Harrisville, RI 02830

John Lace, pro se
1436 Wallum Lake Road
Pascoag, RI 02859

Patricia McGuire
Pole 15
153 Lake Washington Drive
Glocester, RI 02814

Plymouth McHale, LLC
c/o Richard Nicholson, Esq.
931 Jefferson Blvd. #2008
Warwick, RI 02886

/s/ James Moretti