UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NED STEVENS ADVERTISING, INC. | ) | |
| | ) | |
| v. | ) | C.A. NO. 07-189ML |
| | ) | |
| JOHN LACE, ET AL. | ) | |

**CERTIFICATION**

Pursuant to Local Rule 36(b), the United States of America hereby files certified copies of all pleadings together with a certified copy of the docket sheet reflecting the filing date of the petition for removal.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

DULCE DONOVAN
Assistant U.S. Attorney
Chief, Civil Division
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: dulce.donovan@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of June, 2007, I caused a copy of the within Certification to be forwarded, by postage prepaid mail, to:

James Moretti, Esquire
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886

Neill B. Lyon, Esquire
Hodosh, Lyon & Hammer, Ltd.
1023 Post Road
Warwick, RI 02888

Gerald F. McAvoy, Esquire
R.I. Division of Legal Services
One Capitol Hill
Providence, RI 02908-5890

Russell D. Raskin, Esquire
Raskin & Berman
116 East Manning Street
Providence, RI 02906

Nancy A DiMinzio
______________________________

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-1775 NED STEVENS ADVERTISING INC V JOHN LACE

Filing Date: 04-04-2007 Case Type: INTERPLEADER
Case Status: CLOSED DURING DISCOVERY Status Date: 05-29-2007

Plaintiff: NED STEVENS ADVERTISING INC Attorney: JAMES MORETTI
ID: @10897916

Defendant: JOHN LACE Attorney: RUSSELL RASKIN
ID: @10897918
Defendant: THE UNITED STATES DEPARTMENT OF THE
ID: @10897922
Defendant: TOWN OF BURRIVILLE
ID: @10897925
Defendant: RHODE ISLAND DEPARTMENT OF LABOR AN
ID: @10897928
Defendant: RHODE ISLAND DEPARTMENT OF ADMINIST Attorney: GERALD MCAVOY
ID: @10897929
Defendant: RHODE ISLAND DIVISION OF TAXATION Attorney: GERALD MCAVOY
ID: @10897931
Defendant: COFFEY MUSIC CO Attorney: NEILL LYON
ID: @10897933
Defendant: PATRICIA MCGUIRE
ID: @10897949
Defendant: PLYMOUTH MCHALE LLC
ID: @10897950
Defendant: MARK ADAMS
ID: @10191021

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 04-04-2007 | COMPLAINT FILED | |
| 04-04-2007 | INITIAL FILING FEE | |
| 04-04-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP246213. |
| 04-17-2007 | AMENDED COMPLAINT FILED | TO INTERPLEAD SURPLUS FUNDS Affiliated: NED STEVENS ADVERTISING INC |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-1775 NED STEVENS ADVERTISING INC V JOHN LACE

| | | |
|---|---|---|
| 04-30-2007 | ANSWER FILED | TO COMPLNT<br>Affiliated: COFFEY MUSIC CO |
| 05-08-2007 | ANSWER FILED | TO COMPLNT & CLAIM OF TAX ADMINISTRATOR<br>Affiliated: RHODE ISLAND DEPARTMENT OF ADMINISTRATION |
| 05-08-2007 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: RHODE ISLAND DEPARTMENT OF ADMINISTRATION |
| 05-08-2007 | STIPULATION FILED | NEIL LYON ESQ ACCEPTS SERVICE FOR COFFEY MUSIC CO INC<br>Affiliated: COFFEY MUSIC CO |
| 05-08-2007 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: PLYMOUTH MCHALE LLC |
| 05-08-2007 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: RHODE ISLAND DEPARTMENT OF LABOR AND TRAINING |
| 05-08-2007 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: COFFEY MUSIC CO |
| 05-08-2007 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: LACE, JOHN |
| 05-08-2007 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: ADAMS, MARK TREASUR |
| 05-08-2007 | STIPULATION FILED | RUSSELL RASKIN ESQ ACCEPTS SERVICE FOR JOHN LACE<br>Affiliated: LACE, JOHN |
| 05-11-2007 | ANSWER FILED | OF DEF JOHN LACE TO PLF |
| 05-16-2007 | ANSWER FILED | OF JOHN LACE |
| 05-16-2007 | INTEROGATORIES FILED | BY JOHN LACE |
| 05-16-2007 | REQUEST FOR PRODUCTION FILED | BY DEF JOHN LACE |
| 05-29-2007 | NOTICE | OF FILING OF PAPERS REMOVING ACTION TO U S DISTRICT COURT |
| 05-29-2007 | NOTICE OF REMOVAL | TO U S DISTRICT COURT CASE # CA 07 189 |
| 05-29-2007 | OTH DOC FILED DURING DISCOV | |