STATE OF RHODE ISLAND SUPERIOR COURT
PROVIDENCE, SC

NED STEVENS ADVERTISING, INC.

VS. CA NO. PC 07-1775

JOHN LACE, THE UNITED STATES OF AMERICA (DEPARTMENT OF THE INTERNAL REVENUE SERVICE), MARK ADAMS, TREASURER OF TOWN OF BURRIVILLE, ADELITA S. OREFICE, DIRECTOR OF THE RHODE ISLAND DEPARTMENT OF LABOR & TRAINING, BEVERLY NAJARIAN, DIRECTOR OF THE RHODE ISLAND DEPARTMENT OF ADMINISTRATION – DIVISION OF TAXATION, COFFEY MUSIC CO., INC., PATRICIA MCGUIRE AND PLYMOUTH MCHALE, LLC

ANSWER OF COFFEY MUSIC CO. INC.

1. Defendant Coffey Music Co. Inc. neither admits nor denies the allegations contained in paragraphs 1 through 6, 8 through 20 and 22 through 27.

2. Defendant admits the allegations contained in paragraphs 7 and 21.

Wherefore defendant requests that its lien being recorded first in time be paid in the amount of $1,530.56 inclusive of statutory interest.

Coffey Music Co. Inc
By its attorneys,

Neill B. Lyon, Esq.
Hodosh, Lyon & Hammer Ltd
1023 Post Road
Warwick , RI 02888
401-781-0715

CERTIFICATION

I hereby certify that I mailed a copy of the above answer James Moretti, Esq. at 300 Centerville Road, Warwick, RI 02886 on the 27th day of April, 2007.

SUPERIOR COURT
FILED
HENRY S. KINCH, JR
07 APR 30 AM 11: 06