STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

NED STEVENS ADVERTISING, INC.

V

CA NO. PC 07-1775

JOHN LACE, THE UNITED STATES OF AMERICA (DEPARTMENT OF THE INTERNAL REVENUE SERVICE) MARK ADAMS, TREASURER OF THE TOWN OF BURRIVILLE, ADELITA S. OREFICE, DIRECTOR OF THE RHODE ISLAND DEPARTMENT OF LARBOR & TRAINING, BEVERLY NAJARIAN, DIRECTOR OF THE RHODE ISLAND DEPARTMENT OF ADMINISTRATION – DIVISION OF TAXATION, COFFEY MUSIC CO., INC., PATRICIA MCGUIRE AND PLYMOUTH MCHALE, LLC

ANSWER

Now comes defendant John Lace (hereinafter referred to as Defendant)

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Defendant lack sufficient information to form a belief as to the truth of the averments of Paragraph 5

6. Defendant lack sufficient information to form a belief as to the truth of the averments of Paragraph 6

7. Defendant lack sufficient information to form a belief as to the truth of the averments of Paragraph 7

SUPERIOR COURT
FILED

07 MAY 15 PM 12: 41

8. Defendant lack sufficient information to form a belief as to the truth of the averments of Paragraph 8

9. Defendant lack sufficient information to form a belief as to the truth of the averments of Paragraph 9

10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted as to assignment, denied as to remainder.

14. Without admitting the lawfulness of the foreclosure, the remaining portion of the paragraph is admitted.

15. Admitted.

16. Admitted as to amount of bid. Denied as to remainder.

17. Admitted.

18. Admitted.

19. Admitted.

20. Admitted.

21. Admitted.

22. Admitted.

23. Admitted.

24. Denied.

25. Admitted.

26. Defendant reincorporates by reference his answers 1-25.

27. Denied.

WHEREFORE, the defendants pray that:

a. Judgment be rendered in their favor

b. The matter be dismissed.

c. Such other relief as is warranted.

FIRST AFFIRMATIVE DEFENSE

The complaint fails to state a claim upon which relief may be granted.

SECOND AFFIRMATIVE DEFENSE

Lack of Jurisdiction

THIRD AFFIRMATIVE DEFENSE

Lack of Service

FOURTH AFFIRMATIVE DEFENSE

Failure of service of process

Defendant
By his Attorneys,

RUSSELL D. RASKIN
BC #1880
RASKIN & BERMAN
116 East Manning Street
Providence, RI 02906
(401) 421-1363

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2007, I forward a copy of the within, by regular mail, postage pre-paid to John Lace, 44 River Street, Harrisville, RI 02830, James Moretti, Esquire, Resnick & Caffrey, 300 Centerville Road, #300W, Warwick, RI 02886, Mark Adams, Treasurer of The Town of Burriville, 105 Harrisville Main Street, Harrisville, RI 02830, Adelita S. Orefice, RI Department of Labor & Training, Center General Complex, 1511 Pontiac Avenue, Cranston, RI 02920, Beverly Najarian, Director of The RI Department of Administration- Division of Taxation, One Capitol Hill, Providence, RI 02908, Coffey Music Co., Inc., 273 Lenox Street, Suite 3, Norwood, MA 02062, Plymouth McHale, LLC, C/O Richard W. Nicholson, 931 Jefferson Boulevard, Suite 2008, Warwick, RI 02886 and Patricia McGuire, Pole 15, 153 Lake Washington Drive, Glocester, RI 02814

Joyce Hart