MAY 11 /2007

STATE of RHODE ISLAND AND PROVIDENCE PLANTATIONS

P1

PROVIDENDENCE

CIVIL ACTION FILE NO PC 07-1775

NED STEVENS AdVERTISING, INC.
(NATHANIEL B. BAKER)

PLAINTIFF

JOHN K. LACE

DEFENDANT

ANSWER:
{PLAINTIFF WRONG}

TO THE ABOVE-NAMED PLAINTIFF:

1 — NED STEVENS AdVERTISING AND/OR NATHANIEL B. BAKER —— BUSINESS PLACE CRANSTON R.I.

2 - JOHN K LACE —— RESIDENT TOWN OF BURRILLVILLE

3 - PLAINTIFF PARAGRAPHS FACTS/TRAVEL - INACCURATE - WRONG

A. ASSIGNMENT OF VALLIERE OIL INC NOTE #65,000 SIXTY FIVE THOUSAND PRINCIPAL RECORDED 5/30/03 TOWN OF BURRILLVILLE EVIDENCE RECORD

B. LETTER FROM NED STEVENS / NATHANIEL BAKER DATED NOVEMBER 30, 2005, LOAN BROUGHT CURRENT THROUGH 10/31/05 WITH BAL # 125.00 TO NOV/06

C. ATTORNEY FEES PAID IN FULL BY RICHARD W. NICHOLSON ATTORNEY AT LAW

D - AUCTIONEE'S FEE PAID IN FULL BY RICHARD W. NICHOLSON ATTORNEY AT LAW

ANSWER: ~~THERE ARE~~ THIS COMPLAINT IS INACCUDATE AND WRONG

FILED 2007 MAY 11 P 3:00

John K. Lace 5/11/07

# CERTIFICATION

P2

I hereby Certify That a TRUE And ACCURATE COPY of The Within document WAS SENT by REGULAR MAIL, fROm John K. LACE 1436 E. WAllum LK Rd PASCOAG R.I. 02859. TO JAMES MORETTI, ESQ, 300 CENTERVILLE ROAD, #300W. WARWICK, R.I. 02886.

John K. Lace 5/11/07

NED STEVENS Adv INC.
&
NATHANIEL BAKER

VS. JOHN K. LACE

CLERK
MAY 11 P 3:00

# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

[X] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No PC 07-1775

First Amended Complaint

Ned Stevens Advertising, Inc.

**Plaintiff**

John Lace, et al

**Defendant**

## *Summons*

John Lace, c/o Russell Raskin, Esq.
116 E. Manning St.
Providence, RI 02906

*To the above-named Defendant:*

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon James Moretti, Esq. Plaintiff's attorney, whose address is 300 Centerville Road, #300W, Warwick, RI 02886 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

CLERK

Dated: April 24, 2007

(Seal of the Superior Court)

2007 MAY 11 P 3:00

True Copy Attest
Constable Cairy 121