UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NED STEVENS ADVERTSING, INC.

V. C.A. 07-189ML

JOHN LACE, ET AL.

OBJECTION OF DEFENDANT TO PLAINTIFF'S MOTION TO STRIKE

Now comes the defendant, John Lace, by and through counsel for the defendant, Russell D. Raskin, and objects to the plaintiff's motion to strike the pleadings filed on the defendant's behalf by counsel.

As grounds, the defendant states the following:

1. The defendant wishes to withdraw the pleadings he filed on his own filed, and desires to rely upon the pleadings filed by his counsel.

2. The defendant filed his pleadings through a misunderstanding, and will withdraw them.

3. The defendant confirms his desire to have Raskin & Berman represent him.

4. Striking the pleadings of Raskin & Berman will prejudice the defendant, because they include pleadings which demand discovery of documents and information which are necessary for the defendant's defense.

WHEREFORE, the defendant John Lace objects to the motion of the plaintiff to strike the pleadings of Raskin & Berman.

Defendant
By his Attorney,

/s/RUSSELL D. RASKIN
BC #1880
RASKIN & BERMAN
116 East Manning Street
Providence, RI 02906
(401) 421-1363

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2007, the following were served with a copy of Defendant's Objection to Motion to Strike electronically:

AUSA Dulue Donavan, Esquire
Office of the US Attorney
50 Kennedy Plaza – 8th Floor
Providence, RI 02903

Wendy Kisch, Esquire
USDOJ
PO Box 55 – Ben Franklin Station
Washington, DC 20044

James Moretti, Esquire
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886

/s/JOYCE HART

I hereby certify that on June 20, 2007, I forward a copy of the within, by regular mail, postage pre-paid to

John Lace
44 River Street
Harrisville, RI 02830

Mark Adams
Treasurer of The Town of Burriville
105 Harrisville Main Street
Harrisville, RI 02830

Adelita S. Orefice
RI Department of Labor & Training
Center General Complex
1511 Pontiac Avenue
Cranston, RI 02920

Gerald McAvoy, Esquire
RI Division of Legal Services
One Capitol Hill

Providence, RI 02908

Plymouth McHale, LLC
C/O Richard W. Nicholson
931 Jefferson Boulevard, Suite 2008
Warwick, RI 02886

Patricia McGuire
Pole 15
153 Lake Washington Drive
Glocester, RI 02814

Steven Musen, Esquire
Neil Lyon, Esquire
PO Box 8645
Warwick, RI 02888

Neill B Lyon
Hodosh & Lyon, Inc.
1023 Post Road
Warwick, RI 02888

/s/JOYCE HART