**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NED STEVENS ADVERTISING, INC., Plaintiff, v. JOHN LACE, THE UNITED STATES OF AMERICA (DEPARTMENT OF THE INTERNAL REVENUE), MARK ADAMS, Treasurer of THE TOWN OF BURRIVILLE, ADELITA S. OREFICE, Director of THE RHODE ISLAND DEPARTMENT OF LABOR & TRAINING, BEVERLY NAJARIAN, Director of THE RHODE ISLAND DEPARTMENT OF ADMINISTRATION - DIVISION OF TAXATION, COFFEY MUSIC CO., INC., PATRICIA MCGUIRE and PLYMOUTH MCHALE, LLC, Defendants. | ) | Case No. 07-CV-189 |

UNITED STATES' ANSWER

The United States hereby answers the Complaint as follows:

1-2. The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraphs 1-2.

3-6. Admit.

7-9. The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraphs 7-9.

10. Deny. This case has been removed to the U.S. District Court for the District of Rhode Island. The state court therefore no longer has jurisdiction. The U.S. District Court does have jurisdiction.

**Facts/Travel**

11. Admit.

12-14. The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraphs 12-14.

15. Admit.

16. The United States admits that there is a surplus. The United States denies the amount of the surplus. By way of further answer, the United States asserts that plaintiff is not entitled to attorney fees for bringing this action, to the extent those fees would be paid out of funds that would otherwise go to the United States.

**The Other Creditors in Line**

17. The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17. The United States asserts that three Notices of Federal Tax Lien were filed with the Town Clerk, Burrillville Town Hall, Harrisville, RI. The first lien, in the amount of $53,599.52, was recorded on January 16, 2002, Book AB2, Page 49. The second lien, in the amount of $2,579.83 was filed on August 9, 2005. The third lien, in the amount of $5,035.22, was recorded on February 13, 2007. The United States further asserts that it has some information suggesting that a notice of federal tax lien was filed in July, 2001, but has not yet confirmed this fact.

18-24 The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraphs 18-24.

25. Admit.

26. The United States repeats and realleges its responses to Paragraphs 1-25.

27. The United States admits that the $12,616.32 should be interplead. The United

States denies that $12,616.32 is the only amount that should be interplead. The United States asserts that the Plaintiff should also interplead the amount of attorney fees it claimed for bringing this action. The United States admits that all defendants should assert their claims.

WHEREFORE, the United States requests that the Court determine the priority of each party's interest in the surplus funds, including the portion of the proceeds that was used to pay attorney fees related to this action.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

DULCE DONOVAN
Assistant United States Attorney

/s/ Wendy J. Kisch
WENDY J. KISCH
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6553
Fax: (202) 514-5238
Wendy.J.Kisch@usdoj.gov

**CERTIFICATE OF SERVICE**

I CERTIFY that, on June 22, 2007, the foregoing ANSWER was filed using the Clerk's ECF filing system, which will notify the following participants:

NONE

In addition, I certify that on June 22, 2007, the foregoing ANSWER was sent, via pre-paid U.S. mail to the following non-participating parties:

James Moretti, Esquire
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, Rhode Island 02886

Neill B. Lyon, Esquire
Hodosh, Lyon & Hammer, Ltd.
1023 Post Road
Warwick, Rhode Island 02888

Steven H. Musen, Esq.
Neill B. Lyon, Esq.
Hodosh Lyon & Hammer, Ltd.
PO Box 8645
Warwick, RI 02888

/s/ Wendy J. Kisch

WENDY J. KISCH
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6553
Fax: (202) 514-5238
Wendy.J.Kisch@usdoj.gov