**IN THE UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF RHODE ISLAND**

**NED STEVENS ADVERTISING, INC.**

**V** **CA No. 07-CV-189**

**JOHN LACE, et al**

**STIPULATION**

By agreement of the parties, and pursuant to F.R.C.P 29, the following entry may be made:

1. Plaintiff shall have 40 days from the original due date of June 21, 2007 in order to respond to defendant John Lace's interrogatories and requests for production of documents.

Plaintiff, by its attorney,

/s/ James Moretti
James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
738-4500

Defendant John Lace, by his attorney,

/s/ Russell Raskin
Russell Raskin (#1880)
Raskin & Berman
116 East Manning Street
Providence, RI 02906
421-1363

6/29/07
Date

Magistrate USMJ

**CERTIFICATION**

I hereby certify that on 6/28/07, I mailed a copy of the within to: Gerald McAvoy, Esq., RI Division of Legal Services, One Capital Hill, Providence, RI 02908; Adelita Orefice, Director, RIDL&T, Center General Complex, 1511 Pontiac Avenue, Cranston, RI 02920; Steven Musen, Esq./Neil Lyon, Esq. PO Box 8645, Warwick, RI 02888; Mark Adams, Treasurer, Town of Burriville, 105 Main Street, Harrisville, RI 02830; Patricia McGuire, Pole 15, 153 Lake Washington Drive, Glocester, RI 02814; Plymouth McHale, LLC, c/o Richard Nicholson, Esq., 931 Jefferson Blvd., #2008, Warwick, RI 02886. All other parties were sent notice by the court's ECF system.

____________________________