STATE OF RHODE ISLAND SUPERIOR COURT
PROVIDENCE, SC

NED STEVENS ADVERTISING, INC.

V CA NO. 07 CV 189

JOHN LACE, THE UNITED STATES
OF AMERICA (DEPARTMENT OF
THE INTERNAL REVENUE SERVICE)
MARK ADAMS, TREASURER OF THE TOWN
OF BURRIVILLE, ADELITA S. OREFICE,
DIRECTOR OF THE RHODE ISLAND
DEPARTMENT OF LARBOR & TRAINING,
BEVERLY NAJARIAN, DIRECTOR OF THE
RHODE ISLAND DEPARTMENT OF
ADMINISTRATION – DIVISION OF TAXATION,
COFFEY MUSIC CO., INC., PATRICIA MCGUIRE
AND PLYMOUTH MCHALE, LLC

ANSWER OF JOHN LACE TO
FIRST AMENDED COMPLAINT TO INTERPLEAD SURPLUS FUNDS

Now comes defendant John Lace (hereinafter referred to as Defendant)

1. Debtors lack sufficient information to form a belief as to the truth of the averments of Paragraph 1.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted.

14. Admitted.

15. Admitted.

16. Denied.

17. Admitted.

18. Admitted.

19. Admitted.

20. Admitted.

21. Admitted.

22. Admitted.

23. Admitted.

24. Denied.

25. Admitted.

26. Defendant reincorporates by reference his answers 1-25.

27. Denied.

WHEREFORE, the defendants pray that:

a. Judgment be rendered in their favor

b. The matter be dismissed.

c. Such other relief as is warranted.

FIRST AFFIRMATIVE DEFENSE

The complaint fails to state a claim upon which relief may be granted.

SECOND AFFIRMATIVE DEFENSE

Lack of Jurisdiction

THIRD AFFIRMATIVE DEFENSE

Lack of Service

FOURTH AFFIRMATIVE DEFENSE

Failure of service of process

Defendant
By his Attorneys,

RUSSELL D. RASKIN
BC #1880
RASKIN & BERMAN
116 East Manning Street
Providence, RI 02906
(401) 421-1363