**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2007, I forward a copy of the within, by regular mail, postage pre-paid to John Lace, 44 River Street, Harrisville, RI 02830, James Moretti, Esquire, Resnick & Caffrey, 300 Centerville Road, #300W, Warwick, RI 02886, Mark Adams, Treasurer of The Town of Burriville, 105 Harrisville Main Street, Harrisville, RI 02830, Adelita S. Orefice, RI Department of Labor & Training, Center General Complex, 1511 Pontiac Avenue, Cranston, RI 02920, Beverly Najarian, Director of The RI Department of Administration- Division of Taxation, One Capitol Hill, Providence, RI 02908, Coffey Music Co., Inc., 273 Lenox Street, Suite 3, Norwood, MA 02062, Plymouth McHale, LLC, C/O Richard W. Nicholson, 931 Jefferson Boulevard, Suite 2008, Warwick, RI 02886 and Patricia McGuire, Pole 15, 153 Lake Washington Drive, Glocester, RI 02814

/s/Joyce Hart