**IN THE UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF RHODE ISLAND**

**NED STEVENS ADVERTISING, INC.**

**V** **CA No. 07-CV-189**

**JOHN LACE, et al**

## STIPULATION

By agreement of the parties, and pursuant to F.R.C.P 29, the following entry may be made:

1. Plaintiff shall have a second extension of 21 days from the due date of July 31, 2007, in order to respond to defendant John Lace's interrogatories and requests for production of documents.

Plaintiff, by its attorney,

/s/ James Moretti
James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
738-4500

Defendant John Lace, by his attorney,

/s/ Russell Raskin
Russell Raskin (#1880)
Raskin & Berman
116 East Manning Street
Providence, RI 02906
421-1363

____________________________
Date

____________________________
Magistrate

**CERTIFICATION**

I hereby certify that on 7/30/07, I mailed a copy of the within to: Gerald McAvoy, Esq., RI Division of Legal Services, One Capital Hill, Providence, RI 02908; Adelita Orefice, Director, RIDL&T, Center General Complex, 1511 Pontiac Avenue, Cranston, RI 02920; Steven Musen, Esq./Neil Lyon, Esq. PO Box 8645, Warwick, RI 02888; Mark Adams, Treasurer, Town of Burriville, 105 Main Street, Harrisville, RI 02830; Patricia McGuire, Pole 15, 153 Lake Washington Drive, Glocester, RI 02814; Plymouth McHale, LLC, c/o Richard Nicholson, Esq., 931 Jefferson Blvd., #2008, Warwick, RI 02886. All other parties were sent notice by the court's ECF system.

______________________________