**RETURN OF SERVICE** **Receipt Number: 0017124-07**

**PERSON TO BE SERVED:** PATRICIA MCGUIRE
(PERSONAL SERVICE ONLY)

**CORP/DBA :**

**ADDRESS :** 1392 BURNT OAK STREET
TARPON SPRINGS

**PLAINTIFF:** NED STEVENS ADVERTISING, INC.
-VS -
**DEFENDANT:** PATRICIA MCGUIRE, ET AL

**CASE #:** 07CV189 **COURT :** U.S. DISTRICT COURT **COURT DATE:**

**TYPE WRIT:** SUMMONS IN A CIVIL CASE W/FIRST AMENDED COMPLAINT TO INTERPLEAD SURPLUS FUNDS

RESNICK & CAFFREY
JAMES MORETTI, ESQUIRE
300 CENTERVILLE RD, STE 300
WARWICK , RI 02886
PLAINTIFF/ATTORNEY :

Received the above-named writ on July 09, 2007 at 10:41 AM and served the same at 3:35 PM on July 16, 2007 in PINELLAS County, Florida, as follows:

INDIVIDUAL

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed theron by me, to : PATRICIA MCGUIRE

JIM COATS, SHERIFF
PINELLAS COUNTY, FLORIDA

BY: MICHAEL GUARNERI
DEPUTY SHERIFF

CIVIL COSTS

PK

FEE: $ 34.00 TOTAL DEPOSIT : $ 34.00

# CERTIFICATION OF
# DEPUTY SHERIFF / CRIMINAL JUSTICE SPECIALIST
# SERVING PROCESS

STATE OF FLORIDA
COUNTY OF PINELLAS

I, Michael Guarneri, being duly sworn, depose and say:

That I am a duly appointed and bonded Deputy Sheriff / Criminal Justice Specialist in and for Pinellas County, Florida, being over twenty-one years of age and empowered by JIM COATS, Sheriff of Pinellas County, Florida to execute all the duties of the office as prescribed by law.

That on the 16th day of July, 2007 @ 3:35 P.M., I served the foregoing copy of Summons in a Civil Case with First Amended Complaint to Interplead Surplus Funds on PATRICIA MCGUIRE at 1392 Burnt Oak Street, Tarpon Springs in the County of Pinellas, State of Florida, by delivering to and leaving with her personally a true copy thereof and that I know the person so served to be PATRICIA MCGUIRE

JIM COATS, Sheriff
Pinellas County, Florida

By: [signature] MG

Deputy Sheriff / Criminal Justice Specialist

The foregoing instrument was acknowledged before me, this 19th day of July, 2007 by Michael Guarneri, who personally appeared before me at the time of notarization, and is personally known to me and who did take an oath and state that each of the above statements are true.

Kathryn M. Kreider

My Commission Expires

Kathryn M. Kreider
MY COMMISSION EXPIRES
May 11, 2008
#DD298561
Bonded thru Troy Fain-Insurance
NOTARY PUBLIC, STATE OF FLORIDA

AO 440 (Rev. 10/93) Summons in a Civil Action

RECEIVED
PINELLAS COUNTY
SHERIFF'S OFFICE
JUDICIAL OPERATIONS

2007 JUL -9 AM 10:41

# UNITED STATES DISTRICT COURT

District of Rhode Island

Ned Stevens Advertising, Inc.

V.

Patricia McGuire, et al

**SUMMONS IN A CIVIL CASE**

01 007 015841 $34.00 070907
Receipt 017124 OUT/STATE

CASE NUMBER: 07-CV-189

01 007 015841 $34.00 070907
Receipt 017124 OUT/STATE

TO: (Name and address of Defendant)

Patricia McGuire
1392 Burnt Oak Street
Tarpon Springs, Florida

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James Moretti, Esquire #5092
Resnick & Caffrey
300 Centerville Road
Summit West ~ Suite 300
Warwick, Rhode Island 02886
401.738.4500

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

Paula Farrell Fletcher

(By) DEPUTY CLERK

DATE July 6, 2007

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______ ______
Date Signature of Server

______
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**RETURN OF SERVICE** **Receipt Number: 0017124-07**

**PERSON TO BE SERVED:** PATRICIA MCGUIRE
(PERSONAL SERVICE ONLY)

**CORP/DBA :**

**ADDRESS :** 1392 BURNT OAK STREET
TARPON SPRINGS

**PLAINTIFF:** NED STEVENS ADVERTISING, INC.
-VS -
**DEFENDANT:** PATRICIA MCGUIRE, ET AL

**CASE #:** 07CV189 **COURT :** U.S. DISTRICT COURT **COURT DATE:**

**TYPE WRIT:** SUMMONS IN A CIVIL CASE W/FIRST AMENDED COMPLAINT TO INTERPLEAD SURPLUS FUNDS

RESNICK & CAFFREY
JAMES MORETTI, ESQUIRE
300 CENTERVILLE RD, STE 300
WARWICK , RI 02886
PLAINTIFF/ATTORNEY :

Received the above-named writ on July 09, 2007 at 10:41 AM and served the same at 3:35 PM on July 16, 2007 in PINELLAS County, Florida, as follows:

INDIVIDUAL

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed theron by me, to : PATRICIA MCGUIRE

JIM COATS, SHERIFF
PINELLAS COUNTY, FLORIDA

BY: MICHAEL GUARNERI

DEPUTY SHERIFF

CIVIL COSTS

PK

FEE: $ 34.00 TOTAL DEPOSIT : $ 34.00