IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NED STEVENS ADVERTISING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-189-ML |
| | ) | |
| JOHN LACE; THE UNITED STATES OF AMERICA (DEPARTMENT OF THE INTERNAL REVENUE); MARK ADAMS, Treasurer of THE TOWN OF BURRILLVILLE; | ) | (Formerly Case No. 07-1775 Providence County Superior Court) |
| | ) | |
| ADELITA S. OREFICE, Director of THE RHODE ISLAND DEPARTMENT OF LABOR & TRAINING; BEVERLY NAJARIAN, Director of THE RHODE ISLAND DEPARTMENT OF ADMINISTRATION - DIVISION OF TAXATION; COFFEY MUSIC CO., INC.; PATRICIA MCGUIRE; and PLYMOUTH MCHALE, LLC, | ) | Honorable Judge Mary M. Lisi |
| | ) | |
| Defendants. | ) | |

NOTICE OF APPEARANCE

TO: DAVID A. DIMARZIO
Clerk of the United States District Court
for the District of Rhode Island

PLEASE TAKE NOTICE that Andrea A. Kafka, appears as the attorney for the defendant, United States of America in the above-titled action. Please enter the appearance of Ms. Kafka as lead counsel for the United States of America, replacing Wendy J. Kisch.

All future pleadings and correspondence should be directed to Ms. Kafka at the address set forth below.

ROBERT CLARK CORRENTE
United States Attorney

*/s/ Andrea A. Kafka*

ANDREA A. KAFKA
Trial Attorney, Tax Division
U.S. Department of Justice
P. O. Box 55
Ben Franklin Station
Washington, D.C. 20044-0055
Telephone: (202) 305-7932
Andrea.Kafka@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2007 a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. For those counsel and parties not registered on the ECF system, it is hereby certified that a copy of this document will be sent in the United States mail, postage prepaid, this 5th day of November, 2007.

*/s/ Andrea A. Kafka*

ANDREA A. KAFKA
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7932