**UNITED STATES DISTRICT COURT**
**JUDICIAL DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NED STEVENS ADVERTISING, INC.,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **C.A. No. 07-189-ML** |
| | ) | |
| | ) | |
| **JOHN LACE; THE UNITED STATES OF** | ) | |
| **AMERICA (DEPARTMENT OF THE** | ) | |
| **INTERNAL REVENUE); MARK ADAMS** | ) | |
| **TREASURER OF THE TOWN OF** | ) | |
| **BURRILLVILLE; ADELITA S. OREFICE** | ) | |
| **DIRECTOR OF RHODE ISLAND** | ) | |
| **DEPARTMENT OF LABOR & TRAINING** | ) | |
| **BEVERLY NAJARIAN, DIRECTOR OF** | ) | |
| **THE RHODE ISLAND DEPARTMENT OF** | ) | |
| **ADMINISTRATION-DIVISION OF** | ) | |
| **TAXATION; COFFEY MUSIC CO., INC.** | ) | |
| **PATRICIA MAGUIRE and PLYMOUTH** | ) | |
| **MCHALE, LLC,** | ) | |
| | ) | |
| **Defendants** | ) | |

**<u>STATEMENT UNDER FEDERAL RULES OF CIVIL PROCECEDURE: RULE 16</u>**

**1. The Parties.**

| **Plaintiff** | **Defendants** |
|---|---|
| **Ned Stevens Advertising, Inc.** | **John Lace, The United States of America, (Department of Internal Revenue), Mark Adams, Treasurer of the Town of Burrillville, Adelita S. Orefice, Director of The Rhode Island Department of Labor & Training, Beverly Najarian, Director of The Rhode Island Department of Administration, Division of Taxation, Coffey Music Co., Inc. Patricia Maguire and Plymouth McHale, LLC.** |

**2. Attorneys for the Parties**

| **Plaintiff** | **Defendants** |
|---|---|
| James Moretti, Esquire<br>Resnick & Caffrey<br>300 Centerville Road, #300W<br>Warwick, Rhode IslanD02886 | Neill B. Lyon, Esquire<br>Hodosh, Lyon & Hammer, Ltd.<br>1023 Post Road<br>Warwick, Rhode Island 02888 |
| | Steven H. Musen, Esquire<br>Hodosh, Lyon & Hammer, Ltd.<br>1023 Post Road<br>Warwick, Rhode Island 02888 |
| | Adelita Orefice, Director<br>RI Department of Labor &<br>Training Center General<br>Complex<br>1511 Pontiac Avenue<br>Cranston, RI 02920 |
| | Plymouth McHale, LLC<br>c/o Richard Nicholson, Esq. |

931 Jefferson Boulevard
Suite 2008
Warwick, RI 02886

Gerald F. McAvoy, Esquire
Department of Administration
Office of Legal Services
One Capitol Hill
Providence, RI 02908

Russell D. Raskin, Esquire
Raskin and Berman
116 E. Manning Street
Providence, RI 02906

Mark Adams, Treasurer
Town of Burrillville
105 Main Street
Harrisville, RI 02830

Patricia McGuire
1392 Burnt Oak Street
Tarpon Springs, FL 34689

Ly Nguyen, Esquire
Office of the United States Attorney
50 Kennedy Plaza - 8th Floor
Providence, RI 02903

Andrea A. Kafka
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7932

## 3. Claim of the Division of Taxation

### A. Established Rhode Island Tax Liens.

The following liens for non-payment of payroll withholding taxes, have been recorded by the State of Rhode Island, as against Plaintiff's predecessor in interest, Valiere's Oil

Service, on the property which allegedly went to foreclosure sale by the Plaintiff on 11/17/06:

1. Real Estate Lien # L 02939 recorded on 10/23/96; Map 52 Lot 14 (44 River Street, Harrisville), Town of Burrillville, Land Records; Unpaid payroll withholding taxes: Book ML 6/ Page 244

   a) $ 3933.52, TAX,
   b) $ 5664.26, INTEREST,

   c) $ 9597.78. TOTAL AMOUNT

2. Real Estate Lien #04557 recorded on 10/03/02, a renewal and re-recording of the existing lien; Map 52 Lot 14 (44 River Street, Harrisville), Town of Burrillville, Land Records; Unpaid payroll withholding taxes: Book ML 8/ Page 87.

**B. Jurisdiction over the Subject Matter.**

As this Honorable Court is aware, the United States District Court is without subject matter jurisdiction over state tax matters, and the exhausting of administrative remedies is an essential pre-requisite for judicial review of any state tax matter, which has been situated by statute, in the District Court of Rhode Island. R. I. Gen. Laws §§ 8-8-8 (6); 8-8-24. *Owner-Operators Independent Driver's Association v. State*, 541 A.2d. 69, (R. I. 1988); *International Packaging Corp. v. Mayer*, 715 A.2d. 636, (R. I. 1998). Insofar as the within action is limited to liens against the debtor's property, the Tax Administrator is without jurisdictional and procedural objection to the prosecution of the claims of the

United States. However, in the event that any ancillary or consequent proceedings may entail a collateral attack upon the validity of a state tax liability or the propriety of the state tax lien arising there under, the gravamen of this action would become a state tax dispute, and determination of state lien. Accordingly, out of an abundance of caution, the Tax Administrator reserves his rights by reasserting the Affirmative Defenses and claims raised in his Answer.

Rhode Island Department of Administration
Division of Taxation,
By its Attorney,

Dated:11/07/07

/s/ Gerald F. McAvoy.
Gerald F. McAvoy, Esq. (#2639)
R.I. DIVISION OF TAXATION
One Capitol Hill-4th floor
Providence, R.I. 02908-5800
Telephone: (401)-222-6271
Telecopier: (401)-222-8244

**CERTIFICATION**

I hereby certify that I caused a true copy of the within Statement Under Rule 16 to be electronically transmitted via ECF or by depositing a copy in the United States mail, postage prepaid, this 7th day of November, 2007:

James Moretti, Esquire
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, Rhode IslanD02886

Neill B. Lyon, Esquire
Hodosh, Lyon & Hammer, Ltd.
1023 Post Road
Warwick, Rhode Island 02888

Steven H. Musen, Esquire
Hodosh, Lyon & Hammer, Ltd.
1023 Post Road Warwick, Rhode Island 0288

Plymouth McHale, LLC
c/o Richard Nicholson, Esq.
931 Jefferson Boulevard
Warwick, RI 02886

Adelita Orefice, Director
RI Department of Labor &
Training Center General Complex
1511 Pontiac Avenue, Cranston, RI 02920

Patricia McGuire
1392 Burnt Oak Street
Tarpon Springs, FL 34689

Russell D. Raskin
Raskin & Berman
116 E. Manning Street
Providence, R.I. 02903

Mark Adams, Treasurer
Town of Burrillville
105 Main Street
Harrisville, RI 02830

Ly Nguyen, Esquire
Office of the United States Attorney
50 Kennedy Plaza - 8th Floor
Providence, RI 02903

Andrea A. Kafka
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044