UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NED STEVENS ADVERTISING, INC.

V CA NO. 07 CV 189

JOHN LACE, THE UNITED STATES
OF AMERICA (DEPARTMENT OF
THE INTERNAL REVENUE SERVICE)
MARK ADAMS, TREASURER OF THE TOWN
OF BURRIVILLE, ADELITA S. OREFICE,
DIRECTOR OF THE RHODE ISLAND
DEPARTMENT OF LARBOR & TRAINING,
BEVERLY NAJARIAN, DIRECTOR OF THE
RHODE ISLAND DEPARTMENT OF
ADMINISTRATION – DIVISION OF TAXATION,
COFFEY MUSIC CO., INC., PATRICIA MCGUIRE
AND PLYMOUTH MCHALE, LLC

MOTION OF RUSSELL D. RASKIN TO WITHDRAW AS COUNSEL

Now comes Russell D. Raskin and moves to withdraw as counsel for the defendant John Lace (hereinafter referred to as Lace). As grounds, movant reports as follows:

1. Lace has communicated by telephone with counsel in a manner which counsel understands to withdraw counsel's authorization to act on behalf of Lace.

2. Counsel has requested written confirmation of the verbal communication, which has not occurred.

3. The lack, or failure of, communication renders counsel unable to perform his services properly.

4. Counsel will supplement this motion should Lace contact him subsequently to this motion.

WHEREFORE, the counsel respectfully requests that he be allowed to withdraw as counsel for Lace, and such other relief as is warranted.

RUSSELL D. RASKIN
BC #1880
RASKIN & BERMAN
116 East Manning Street
Providence, RI 02906
(401) 421-1363

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true copy of the within Motion to Withdraw to be electronically transmitted via ECF System or by depositing a copy in the United States mail, postage pre-paid, this 9th day of November, 2007

James Moretti, Esquire
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886

Mark Adams
Treasurer of The Town of Burriville
105 Harrisville Main Street
Harrisville, RI 02830

Adelita S. Orefice
RI Department of Labor & Training
Center General Complex
1511 Pontiac Avenue
Cranston, RI 02920

Beverly Najarian
Director of The RI Department of
Administration- Division of Taxation
One Capitol Hill

Providence, RI 02908

Coffey Music Co., Inc.
273 Lenox Street, Suite 3
Norwood, MA 02062

Plymouth McHale, LLC
C/O Richard W. Nicholson
931 Jefferson Boulevard, Suite 2008
Warwick, RI 02886

Patricia McGuire
Pole 15
153 Lake Washington Drive
Glocester, RI 02814

And by depositing a copy in the United States mail, postage pre-paid, and certified mail to the following this 9th day of November, 2007

John Lace
44 River Street
Harrisville, RI 02830

/s/Joyce Hart