AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

Ned Stevens Advertising, Inc.

V.

John Lace, United States of America, et al.

**APPEARANCE**

Case Number: CA No. 07-CV-189 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Dept. of ~~Employment~~ Labor & Training - State of Rhode Island by & thru Tax Division Tax Administrator, Dept. of Administration

I certify that I am admitted to practice in this court.

Date 11/14/07

Signature Bernard J Lemos, Esq.

Print Name BERNARD J. LEMOS Bar Number 2937

Address RI DIVISION OF LEGAL SERVICES One Capitol Hill - 4th floor

City Providence State RI Zip Code 02908

Phone Number (401) - 222-6271 Fax Number (401) - 222-8244