**IN THE UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF RHODE ISLAND**

**NED STEVENS ADVERTISING, INC.**

**V** **CA No. 07 CV 189**

**JOHN LACE, et al**

## PLAINTIFF'S MOTION TO DEPOSIT FUNDS INTO THE COURT REGISTRY AND TO BE DISCHARGED FROM ANY FURTHER OBLIGATIONS WITH THE COURT

Now comes plaintiff and hereby moves for an order to allow it to deposit the surplus amount of $12,616.32 (plus any interest that may have accrued) realized from the foreclosure sale in this matter and to be discharged from any further obligations with this court in connection with this interpleader action. Plaintiff further states that if it is discharged from any further obligations with this court, it will waive the right to claim any further costs and attorneys fees beyond that what is set forth in the first amended complaint.

/s/ James Moretti

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
738-4500

## CERTIFICATION

I hereby certify that on 11/14/07, a copy of the within was mailed to Steven Musen, Esq./Neil Lyon 1023 Post Road, PO Box 8645, Warwick, RI 02886; Mark Adams, Treasurer, Town of Burrillville, 105 Main Street, Harrisville RI 02830, Patricia McGuire 1392 Burnt Oak Street, Tarpon Springs, FL 34689 and Plymouth McHale, LLC c/o Richard Nicholson, Esq., 931 Jefferson Boulevard, Warwick, RI 02886.

All other parties were served via the court's ECF system.

/s/ James Moretti