IN THE UNITED STATES OF AMERICA
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED

DEC 07 2007

Property of U.S. District Court
District of Rhode Island

NED STEVENS ADVERTISING, INC.

V

JOHN LACE, et al

CA No.: 07 CV 189

# ORDER

This matter came before the Honorable Chief Judge Mary Lisi on December 3, 2007 pursuant to Plaintiff's Motion to Deposit Funds Into The Court Registry And To Be Discharged From Any Further Obligations With The Court. After hearing thereon and without objection being made, the following is hereby ORDERED:

1. Plaintiff shall deposit the surplus funds in this matter, $12,616.32, into the Registry of the Court, after which those funds shall be further deposited into an interest bearing account.

2. Upon the deposit of the funds into the Registry of the Court, the Plaintiff is discharged from any further obligation to the Court in connection with the remainder of this litigation.

ENTERED AS AN ORDER OF THIS HONORABLE COURT ON THE 11th DAY of ~~November~~ December, 2007.

ENTER:

Mary M. Lisi
U.S.D.J.

PER ORDER:

Barbara Barletta

Presented By:

James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, Rhode Island 02886
401-738-4500