IN THE UNITED STATES OF AMERICA
FOR THE DISTRICT OF RHODE ISLAND

NED STEVENS ADVERTISING, INC.

V CA No.: 07 CV 189

JOHN LACE, et al

# AMENDED ORDER

This matter came before the Honorable Chief Judge Mary Lisi on December 3, 2007, pursuant to Plaintiff's Motion to Deposit Funds Into The Court Registry And To Be Discharged From Any Further Obligations With The Court. After hearing thereon, and without objection being made, the following is hereby ORDERED:

1. Plaintiff shall deposit the surplus funds in this matter, $12,616.32, (twelve thousand, six hundred, sixteen dollars and 32/100), into the Registry of the Court, after which those funds shall be further deposited into an interest bearing money market account at Bank of America, 111 Westminster Street, Providence, Rhode Island 02903. The Clerk shall further deduct 10% (ten percent) of the income earned from the account, whenever that income becomes available for such deduction, and without further order from the court.

2. Upon the deposit of the funds into the Registry of the Court, the Plaintiff is discharged from any further obligation to the Court in connection with the remainder of this litigation.

ENTERED AS AN ORDER OF THIS HONORABLE COURT ON THE 21st DAY OF December, 2007.

ENTER: PER ORDER:

Mary M. Lisi Barbara Barletta
USDJ

Presented By:

James Moretti
James Moretti (#5092)
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886
738-4500

RECEIVED
DEC 20 2007
Property of U.S. District Court
District of Rhode Island

# CERTIFICATION

I hereby certify that on December 18, 2007 I mailed a copy of the within to:

Andrea Kafka, Esq.
U.S. Department of Justice
Tax Division
Post Office Box 55
Ben Franklin Station
Washington, DC 20044

Dulce Donovan, Esq. / Ly Nguyen, Esq.
Office of the United States Attorney
50 Kennedy Plaza – 8th Floor
Providence, RI 02903

Russell Raskin, Esq.
Raskin & Berman
116 East Manning Street
Providence, RI 02906

Steven Musen, Esq. / Neil Lyon, Esq.
1023 Post Road
PO Box 8645
Warwick, RI 02886

Mark Adams, Treasurer
Town of Burrillville
105 Main Street
Harrisville, RI 02830

Adelita Orefice, Director
RI Department of Labor & Training
General Complex
1511 Pontiac Avenue
Cranston, RI 02920

Patricia McGuire
1392 Burnt Oak Street
Tarpon Springs, FL 34689

Plymouth McHale, LLC
c/o Richard Nicholson, Esq.
931 Jefferson Boulevard
Warwick, RI 02886.

John Lace
44 River Street
Harrisville, RI 02830