RECEIVED
FEB 07 2008
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NED STEVENS ADVERTISING, INC.

V CA NO. 07 CV 189

JOHN LACE, THE UNITED STATES OF AMERICA (DEPARTMENT OF THE INTERNAL REVENUE SERVICE) MARK ADAMS, TREASURER OF THE TOWN OF BURRIVILLE, ADELITA S. OREFICE, DIRECTOR OF THE RHODE ISLAND DEPARTMENT OF LARBOR & TRAINING, BEVERLY NAJARIAN, DIRECTOR OF THE RHODE ISLAND DEPARTMENT OF ADMINISTRATION – DIVISION OF TAXATION, COFFEY MUSIC CO., INC., PATRICIA MCGUIRE AND PLYMOUTH MCHALE, LLC

ORDER GRANTING
MOTION OF RUSSELL D. RASKIN
TO WITHDRAW AS COUNSEL

The above matter was heard before Justice Mary Lisi on December 3, 2007, on the motion of Russell D. Raskin to withdraw as counsel for defendant John Lace. After hearing thereon, it is hereby ORDERED:

1. The motion of Russell D. Raskin to withdraw as counsel for defendant John Lace is hereby granted.
2. The defendant John Lace shall have 30 days from the date of this Order is entered to enter his appearance pro se, or to have successor counsel enter an appearance.
3. If the defendant John Lace fails to comply with paragraph 2 above, all claims he may have in this proceeding shall be denied.

CLERK JUDGE

Barbara Barletta

Mary M. Lisi
Mary Lisi 2/13/08

PRESENTED BY:

RUSSELL D. RASKIN
BC #1880
RASKIN & BERMAN
116 East Manning Street
Providence, RI 02906
(401) 421-1363

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true copy of the within Order to be Hand Delivered or by depositing a copy in the United States mail, postage pre-paid, this 7th day of February, 2008.

James Moretti, Esquire
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886

Mark Adams
Treasurer of The Town of Burriville
105 Harrisville Main Street
Harrisville, RI 02830

Patricia McGuire
153 Lake Washington Drive Pole 15
Glocester, RI 02814

Mr. John Lace
44 River Street
Harrisville, RI 02830

Dulce Donovan, Esquire
U.S. Attorney's Office
50 Kennedy Plaza
8th Floor
Providence, RI 02903

Bernard J. Lemos, Esquire
Rhode Island Division of Taxation
One Capitol Hill
Providence, RI 02908-5800

Neill B. Lyon, Esquire
Hodosh & Lyon, Inc.
1023 Post Road
Warwick, RI 02888

Gerald F. McAvoy, Esquire
Department of Administration
Office of Legal Services
One Capitol Hill
Providence, RI 02908

Plymouth McHale LLC
c/o Richard W. Nicholson
931 Jefferson Blvd Ste 2008
Warwick, RI 02886

Joyce Hart