UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NED STEVENS ADVERTISING, INC. | ) | |
| | ) | |
| v. | ) | C.A. NO. 07-189ML |
| | ) | |
| JOHN LACE, ET AL. | ) | |

**NOTICE OF ENTRY OF APPEARANCE**

I hereby enter my appearance as counsel for the United States of America, on behalf of the Internal Revenue Service, in the above matter.

Respectfully submitted,

UNITED STATES OF AMERICA,
Defendant

ROBERT CLARK CORRENTE
United States Attorney

/s/ Richard B. Myrus
RICHARD B. MYRUS
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: richard.myrus@usdoj.gov

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 19th day of May, 2008, I electronically filed the within Notice of Entry of Appearance with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically:

James Moretti, Esquire
Resnick & Caffrey
300 Centerville Road, #300W
Warwick, RI 02886

Neill B. Lyon, Esquire
Hodosh, Lyon & Hammer, Ltd.
1023 Post Road
Warwick, RI 02888

Gerald F. McAvoy, Esquire
R.I. Division of Legal Services
One Capitol Hill
Providence, RI 02908-5890

Russell D. Raskin, Esquire
Raskin & Berman
116 East Manning Street
Providence, RI 02906

/s/ Richard B. Myrus
RICHARD B. MYRUS
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email:richard.myrus@usdoj.gov