IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NED STEVENS ADVERTISING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 07-189-ML |
| | ) | |
| JOHN LACE; THE UNITED STATES OF AMERICA (DEPARTMENT OF THE INTERNAL REVENUE); MARK ADAMS, TREASURER OF THE TOWN OF BURRILLVILLE; ADELITA S. OREFICE, DIRECTOR OF THE RHODE ISLAND DEPARTMENT OF LABOR & TRAINING; BEVERLY NAJARIAN, DIRECTOR OF THE RHODE ISLAND DEPARTMENT OF ADMINISTRATION - DIVISION OF TAXATION; COFFEY MUSIC CO., INC.; PATRICIA MCGUIRE and PLYMOUTH MCHALE, LLC, | ) | Honorable Judge Mary M. Lisi |
| | ) | |
| Defendants. | ) | |

DEFENDANT UNITED STATES' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS PATRICIA McGUIRE, PLYMOUTH McHALE, LLC, AND MARK ADAMS, TREASURER OF THE TOWN OF BURRILLVILLE

The defendant United States of America requests, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, that the Clerk of the Court enter default against the defendants, Patricia McGuire, Plymouth McHale, LLC, and Mark Adams, Treasurer of the Town of Burrillville. The basis for this request is set forth in the attached "Declaration of Andrea Kafka." A proposed order is also attached.

WHEREFORE, the United States requests that the Clerk enter default against defendants Patricia McGuire, Plymouth McHale, LLC, and Mark Adams, Treasurer of the Town of Burrillville.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Andrea A. Kafka
ANDREA A. KAFKA
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7932
Facsimile: (202) 514-5238
Email: Andrea.Kafka@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing DEFENDANT UNITED STATES' REQUEST FOR THE ENTRY OF DEFAULT AGAINST DEFENDANTS PATRICIA McGUIRE, PLYMOUTH McHALE, LLC, AND MARK ADAMS, TREASURER OF THE TOWN OF BURRILLVILLE has been made upon the following by ECF/Electronic Case Filing this 1st day of August, 2008:

Bernard J. Lemos, Esq.
Rhode Island Division of Taxation
One Capital Hill
Providence, RI 02908

Gerald F. McAvoy, Esq.
Dept. of Administration
One Capital Hill
Providence, RI 02908

Steven H. Musen, Esq.
P.O. Box 8645
Warwick, RI 02888

Neill B. Lyon, Esq.
Hodosh & Lyon, Inc.
1023 Post Road
Warwick, RI 02888

Service has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 1st day of August, 2008:

John Lace
44 River Street
Harrisville, RI 02830

Service has been made upon the following by depositing a copy in the United States mail, postage prepaid, and by certified or registered mail in accordance with Local Rule 55, on this 1st day of August, 2008:

Patricia McGuire
Pole 15
153 Lake Washington Drive
Gloucester, RI 02814

Plymouth McHale, LLC
C/O Richard W. Nicholson
931 Jefferson Boulevard, Suite 2008
Warwick, RI 02886

Mark Adams
Treasurer of the Town of Burrillville
105 Harrisville Main Street
Harrisville, RI 02830

/s/ Andrea A. Kafka
Andrea A. Kafka
Trial Attorney, Tax Division
U.S. Department of Justice