IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NED STEVENS ADVERTISING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 07-189-ML |
| | ) | |
| JOHN LACE; THE UNITED STATES OF AMERICA (DEPARTMENT OF THE INTERNAL REVENUE); MARK ADAMS, TREASURER OF THE TOWN OF BURRILLVILLE; ADELITA S. OREFICE, DIRECTOR OF THE RHODE ISLAND DEPARTMENT OF LABOR & TRAINING; BEVERLY NAJARIAN, DIRECTOR OF THE RHODE ISLAND DEPARTMENT OF ADMINISTRATION - DIVISION OF TAXATION; COFFEY MUSIC CO., INC.; PATRICIA MCGUIRE and PLYMOUTH MCHALE, LLC, | ) | Honorable Judge Mary M. Lisi |
| | ) | |
| Defendants. | ) | |

DECLARATION OF ANDREA KAFKA

I, Andrea A. Kafka, pursuant to 28 U.S.C. § 1746, state as follows:

1. I am the trial attorney with the United States Department of Justice, Tax Division, Washington, D.C., to whom primary responsibility for this case has been assigned.

2. On April 4, 2007, the plaintiff effected a summons and complaint in state court on all defendants in this matter. *See* Docket Entry No. 8.

3. The United States removed this action on May 23, 2007. *See* Docket Entry No. 1.

4. On May 23, 2007, a Notice of Removal was issued to defendant Patricia McGuire at Pole 15, 153 Lake Washington Drive, Gloucester, Rhode Island 02814. *See* Docket entry No. 1.

5. On May 23, 2007, a Notice of Removal was issued to defendant Plymouth McHale, LLC in care of Richard W. Nicholson at 931 Jefferson Boulevard, Suite 2008, Warwick, Rhode Island 02886. *See* Docket entry No. 1.

6. On May 23, 2007, a Notice of Removal was issued to defendant Mark Adams, Treasurer of the Town of Burrillville at 105 Harrisville Main Street, Harrisville, Rhode Island 02830. *See* Docket entry No. 1.

7. The defendants Patricia McGuire, Plymouth McHale, LLC, and Mark Adams, Treasurer of the Town of Burrillville have not answered the interpleader complaint or otherwise filed responsive pleadings, and the time allowed under the Federal Rules of Civil Procedure to do so has expired. In addition, these defendants have not otherwise defended themselves as provided by the Federal Rules of Civil Procedure.

8. To the best of the United States' knowledge, the address listed in ¶ 4 is the last known address of Patricia McGuire.

9. To the best of the United States' knowledge, the address listed in ¶ 5 is the last known address of Plymouth McHale, LLC.

10. To the best of the United States' knowledge, the address listed in ¶ 6 is the last known address of Mark Adams, Treasurer of the Town of Burrillville.

11. The defendants Patricia McGuire, Plymouth McHale, LLC, and Mark Adams, Treasurer of the Town of Burrillville are neither incompetent nor in the military service of the United States of America.

I declare under penalty of perjury, that the foregoing is true and accurate. Executed on this 1st day of August, 2008, at Washington, D.C.

/s/ Andrea A. Kafka
ANDREA A. KAFKA
Trial Attorney, Tax Division