IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NED STEVENS ADVERTISING, INC., Plaintiff, | ) | |
| v. | ) | Civil No. 07-189-ML |
| JOHN LACE; THE UNITED STATES OF AMERICA (DEPARTMENT OF THE INTERNAL REVENUE); MARK ADAMS, TREASURER OF THE TOWN OF BURRILLVILLE; ADELITA S. OREFICE, DIRECTOR OF THE RHODE ISLAND DEPARTMENT OF LABOR & TRAINING; BEVERLY NAJARIAN, DIRECTOR OF THE RHODE ISLAND DEPARTMENT OF ADMINISTRATION - DIVISION OF TAXATION; COFFEY MUSIC CO., INC.; PATRICIA MCGUIRE and PLYMOUTH MCHALE, LLC, Defendants. | ) | Honorable Judge Mary M. Lisi |

DEFAULT ENTRY

The defendants Patricia McGuire, Plymouth McHale, LLC, and Mark Adams, Treasurer of the Town of Burrillville having failed to plead or otherwise defend in this action and, upon the application of the plaintiff United States of America for failure of defendants to plead or otherwise defend, it is hereby--

ORDERED, ADJUDGED, AND DECREED that the defendants Patricia McGuire, Plymouth McHale, LLC, and Mark Adams, Treasurer of the Town of Burrillville be defaulted in this action.

Dated: 8.4.08

By: DAVID A. DIMARZIO
Deputy Clerk

3381840.1